(No. 73-CC-454—Claimant )

WEBBER MANUFACTURING CO., INC., Claimant, *vs.* STATE OF
ILLINOIS, DEPARTMENT OF TRANSPORTATION, Respondent.

*Opinion filed August 15, 1973.*

WEBBER MANUFACTURING CO., Claimant, pro se.

WILLIAM J. SCOTT, Attorney General; WILLIAM E. WEBBER, Assistant Attorney General, for Respondent.

PER CURIAM.